UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 10, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL HUDDLESTON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00313-GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Huddleston</u>; Case <u>2:12-cr-00313-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $100,00.00, co-signed by defendant's brother Jerry Huddleston and defendant's mother Beatriz Huddleston

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>9/10/2012</u> at <u>2:30 PM</u>.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge