SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL HUDDLESTON, et. al.,<br><br>         Defendants, | CASE NO.  2:12-CR-00313 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MICHAEL HUDDLESTON, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for March 6, 2014, may be continued to May 1, 2014, at 9:30 a.m.  The United States Probation Department is in the process of preparing the Preliminary Presentence Investigation Report and the additional time requested is necessary for the parties to comply with the disclosure schedule.  The parties further stipulate that the disclosure schedule may be modified as set forth below:

Proposed Pre-Sentence Report Disclosed:                          March 20, 2014

Written Objections to Probation Officer:                              April 3, 2014

| | |
|---|---|
| Pre-Sentence Report Filed with the Court: | April 10, 2014 |
| Motion for Correction to PSR: | April 17, 2014 |
| Reply or Statement of Non-Opposition: | April 24, 2014 |
| Judgment and Sentencing: | May 1, 2014, at 9:30 a.m. |

The United States Probation Department has been consulted about this continuance and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MICHAEL HUDDLESTON to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:   February 28, 2014      /s/Jared Dolan
                                Jared Dolan
                                Assistant United States Attorney

DATED:   February 28, 2014      /s/Scott Cameron
                                Scott Cameron
                                Attorney for Michael Huddleston

**O R D E R**

IT IS SO ORDERED this 3rd day of March, 2014.

_____
Troy L. Nunley
United States District Judge

2