SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00313 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| MICHAEL HUDDLESTON, et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MICHAEL HUDDLESTON, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for May 1, 2014, may be continued to June 19, 2014, at 9:30 a.m. The United States Probation Department is in the process of preparing the Preliminary Presentence Investigation Report and the additional time requested is necessary for the parties to comply with the disclosure schedule. The parties further stipulate that the disclosure schedule may be modified as set forth below:

Proposed Pre-Sentence Report Disclosed:           May 8, 2014

Written Objections to Probation Officer:              May 22, 2014

1

| | |
|---|---|
| Pre-Sentence Report Filed with the Court: | May 29, 2014 |
| Motion for Correction to PSR: | June 5, 2014 |
| Reply or Statement of Non-Opposition: | June 12, 2014 |
| Judgment and Sentencing: | June 19, 2014, at 9:30 a.m. |

The United States Probation Department has been consulted about this continuance and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MICHAEL HUDDLESTON to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:   April 24, 2014        /s/Jared Dolan
                               Jared Dolan
                               Assistant United States Attorney

DATED:   April 24, 2014        /s/Scott Cameron
                               Scott Cameron
                               Attorney for Michael Huddleston

**O R D E R**

IT IS SO ORDERED this 29th day of April, 2014.

_____
Troy L. Nunley
United States District Judge