SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HUDDLESTON, et. al.,<br><br>Defendants, | CASE NO.  12-CR-00313 TLN<br><br>**STIPULATION AND ORDER TERMINATING SUPERVISION BY PRETRIAL SERVICES AND MODIFYING SPECIAL CONDITIONS OF RELEASE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MICHAEL HUDDLESTON, by and through his counsel of record, hereby stipulate that supervision by the United States Pretrial Services Department may be terminated.  Furthermore, the parties stipulate that the following special conditions of release, as set forth in ECF Doc. No. 19, may be deleted (the item numbers correspond to the item number of the condition):

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency.

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the

1

pretrial services officer.

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer.

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.

All other special conditions of release stated in ECF Doc. No. 19 shall remain in effect. Moreover, the parties stipulate that if Mr. Huddleston has any law enforcement contact, he is to report that contact to his attorney who will then, pursuant to this stipulation, report the law enforcement contact to the government.

The United States Pretrial Services Department has been consulted about this request and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MICHAEL HUDDLESTON to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:   May 27, 2014        /s/Jared Dolan
                             Jared Dolan
                             Assistant United States Attorney

DATED:   May 27, 2014        /s/Scott Cameron
                             Scott Cameron
                             Attorney for Michael Huddleston

**O R D E R**

IT IS SO ORDERED.

Dated: May 28, 2014

Dad1.crim
Huddleston0313.stipo.term.pts.sup.docx

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2