SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00313 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| MICHAEL HUDDLESTON, et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MICHAEL HUDDLESTON, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for June 19, 2014, may be continued to August 14, 2014, at 9:30 a.m. The United States Probation Department recently completed the proposed PSR on June 13, 2014. The recommendations in the PSR differ from the plea agreement and counsel for defendant needs to order the sentencing transcript of the codefendant to prepare objections. Moreover, the assigned Assistant United States Attorney will be out of the office during the month of July. The parties further stipulate that the disclosure schedule may be modified as set forth below:

1

| | |
|---|---|
| Proposed Pre-Sentence Report Disclosed: | Completed |
| Written Objections to Probation Officer: | July 17, 2014 |
| Pre-Sentence Report Filed with the Court: | July 24, 2014 |
| Motion for Correction to PSR: | July 31, 2014 |
| Reply or Statement of Non-Opposition: | August 7, 2014 |
| Judgment and Sentencing: | August 14, 2014, at 9:30 a.m. |

The United States Probation Department has been consulted about this continuance and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MICHAEL HUDDLESTON to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:   June 16, 2014           /s/Jared Dolan
                                 Jared Dolan
                                 Assistant United States Attorney

DATED:   June 16, 2014           /s/Scott Cameron
                                 Scott Cameron
                                 Attorney for Michael Huddleston

**O R D E R**

IT IS SO ORDERED this 16th day of June, 2014.

_____
Troy L. Nunley
United States District Judge